FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 OCT 25  AM 11: 04

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LINDA DUGAN and BRIAN DUGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. CV410-107 |
| ) | |
| MEMORIAL HEALTH UNIVERSITY ) | |
| MEDICAL CENTER, INC.; MPPG, ) | |
| INC.; SAVANNAH PERINATOLOGY ) | |
| ASSOCIATES, INC.; JOHN DOE ) | |
| CORPORATION, INC.; HAROLD ) | |
| BIVENS, M.D.; and KATHERINE ) | |
| FRIZZELL, M.D.; ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the parties' Joint Stipulation for Dismissal Without Prejudice. (Doc. 25.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney fees. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 25th day of October 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA